POCKET BOOKS, INC., Respondent, *v.* JOSEPH MEYERS et al., Doing Business under the Firm Name of AVON POCKET-SIZE BOOKS, et al., Appellants.

Argued April 13, 1943; reargument ordered July 20, 1943.

*Joseph M. Proskauer, J. Alvin Van Bergh* and *Louis P. Eisner* for appellants.

*Harold R. Medina, Douglas M. Black, Edward K. Hanlon* and *John W. Jordan* for respondent.

Reargument ordered and argument set for first week in October next. No opinion. (See 292 N. Y. 59.)

Concur: Loughran, Rippey, Lewis, Conway and Desmond, JJ. Taking no part: Lehman, Ch. J.